CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:03-cr-00045-1 |
| v. | ORDER |
| PETER GABOUREL, Petitioner. | By: Hon. Michael F. Urbanski United States District Judge |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**; the Probation Office must **PREPARE** an amended presentence report, and the Clerk must **SCHEDULE** a resentencing hearing promptly, subject to Gabourel's preferred method of participation.

ENTER: This 29th day of April, 2016.

/s/ Michael F. Urbanski
United States District Judge